# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

CASE NO.   8:09-MJ-1544-T-EAJ                     DATE:   December 11, 2009

HONORABLE   ELIZABETH A. JENKINS              INTERPRETER   N/A
                                              LANGUAGE

UNITED STATES OF AMERICA                          AUSA James Preston
v.                                            Government Counsel

IAN THOMAS                                        Wayne Golding, Esq.
Defendant                                     Defense Counsel

COURT RPTR/TAPE  Digital                      DEPUTY CLERK   Cathy Morgan

TIME   2:31 - 2:36                TOTAL            COURTROOM   11A

## PROCEEDINGS: **INITIAL APPEARANCE/BOND HEARING**
(Circle proceedings that apply)

| | |
|---|---|
| X | Deft provided w/copy of  Complaint |
| X | ARREST DATE:  December 11, 2009 |
| X | Court summarized charges |
| X | Court advises of Deft's Rule 5 rights |
| | Financial Affidavit submitted for approval |
| | FPD appointed for all purposes including trial     CJA counsel to be appointed |
| | FPD appointed w/Deft to pay |
| | Deft to retain counsel by |
| X | Govt position on detention - risk of flight |
| | Pretrial Services Officer on background report |
| | Deft comments on background report |
| X | Deft requests continuance to prepare for detention hearing and arraignment |
| | Govt requests continuance to prepare for detention hearing |
| X | Court grants Motion for Continuance.  Detention hearing set for 12/17/09 at 11:00 am. |
| | Court:  Order of Temporary Detention pending hearing |
| | Court:  Order of Detention Pending Trial |
| | Court:  Orders Bond set at |
| | _____ Residence/travel restricted to Middle District of Florida |
| | _____ Pretrial Services Supervision |
| | _____ Shall reside with wife   _____ No change of address w/out Court approval |
| | _____ Maintain/seek employment |
| | _____ Urinalysis testing as required by Pretrial Services |
| | _____ Passport to be surrendered by Pretrial Services within 24 hours of release. |
| | _____ Obtain no passport |
| | _____ Electronic monitoring - home detention |
| X | Deft waives Preliminary Examination |

Comments:   Government states that ICE has filed a detainer.  Court does not have a complete Pretrial report. Pretrial shall interview defendant and submit a complete report.