# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

CASE NO. __8:09-MJ-1544-T-EAJ__              DATE: __December 11, 2009__

HONORABLE __ELIZABETH A. JENKINS__           INTERPRETER __N/A__
                                             LANGUAGE _____

UNITED STATES OF AMERICA                     __AUSA James Preston__
v.                                           Government Counsel

JAMES JACKSON MACK                           __AFPD Mary Mills__
Defendant                                    Defense Counsel

COURT RPTR/TAPE __Digital__                  DEPUTY CLERK __Cathy Morgan__

TIME __2:31 - 2:36__          TOTAL _____    COURTROOM __11A__

## PROCEEDINGS: **INITIAL APPEARANCE/BOND HEARING**
(Circle proceedings that apply)

| | |
|---|---|
| X | Deft provided w/copy of __Complaint__ |
| X | ARREST DATE: __December 11, 2009__ |
| X | Court summarized charges |
| X | Court advises of Deft's Rule 5 rights |
| X | Financial Affidavit submitted for approval |
| X | FPD appointed for all purposes including trial ____ CJA counsel to be appointed |
| | FPD appointed w/Deft to pay _____ |
| | Deft to retain counsel by _____ |
| X | Govt position on detention - risk of flight |
| | Pretrial Services Officer on background report |
| | Deft comments on background report |
| | Deft requests continuance to prepare for detention hearing and arraignment |
| | Govt requests continuance to prepare for detention hearing |
| | Court grants Motion for Continuance. Detention hearing set for _____ |
| | Court: Order of Temporary Detention pending hearing |
| X | Court: Order of Detention Pending Trial |
| | Court: Orders Bond set at _____ |
| | ____ Residence/travel restricted to Middle District of Florida |
| | ____ Pretrial Services Supervision |
| | ____ Shall reside with wife ____ No change of address w/out Court approval |
| | ____ Maintain/seek employment |
| | ____ Urinalysis testing as required by Pretrial Services |
| | ____ Passport to be surrendered by Pretrial Services within 24 hours of release. |
| | ____ Obtain no passport |
| | ____ Electronic monitoring - home detention |
| | __X__ Deft waives Preliminary Examination |

Comments: __Defendant does not contest detention at this time but reserves the right to revisit the issue by filing the appropriate motion.__