UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

vs.                                                            Case No. 8:09-MJ-1544-T-EAJ

**JAMES JACKSON MACK              /**

### ORDER OF DETENTION PENDING TRIAL

This cause came on for hearing following defendant's arrest on a Criminal Complaint charging him with conspiracy to possess with intent to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, in violation of 21 § 841(a)(1).  At the hearing before the undersigned the defendant did not contest the government's request for detention.  Based upon the nature of the offense and the fact that he does not contest detention, the defendant shall be detained pending trial as a substantial risk of flight, 18 U.S.C. § 3142(f)(2)(A).  Should the defendant's situation change, a motion for reconsideration of the detention order may be filed on his behalf.  It is therefore,

**ORDERED:**

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE and ORDERED at Tampa, Florida this ___11th___ day of December, 2009.

ELIZABETH A JENKINS
United States Magistrate Judge