UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | Case No. 8:09-MJ-1544-T-EAJ |
| | ) | |
| vs. | ) | |
| | ) | |
| MARK ANTHONY MYRIE | ) | |
| a/k/a Buju Banton | ) | |
| IAN THOMAS | ) | |
| JAMES JACKSON MACK | ) | |
| a/k/a Spencer Clarke | ) | |
|     Defendants, | ) | |
| _____ | ) | |

## NOTICE OF APPEARANCE

**COMES NOW**, Wayne C. Golding, Sr., of the Golding Law Group, Plc as Counsel on the above captioned matter and files this Notice of Appearance for the Defendant, IAN L. THOMAS as attorneys for the Defendant in this cause.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been electronically filed by the Clerk of Courts CM/ECF system which will send a notice of electronic filing to the following: James Preston at James.Preston@usdoj.gov, waynegjd@yahoo.com and deidrecalliste@hotmail.com on this 14th day of December 2009.

Respectfully Submitted,

**/s/ Wayne C. Golding, Sr.,**
_____
Wayne C. Golding, Sr., Esquire
Fl. Bar. No: 0624349
THE GOLDING LAW GROUP
1310 W. Colonial Drive, Ste. 34
Orlando, FL  32804
(407) 574-8691 Telephone
(407) 574-7623 Facsimile